**MATALON ♦ SHWEKY ♦ ELMAN PLLC**
450 Seventh Avenue, 33rd Floor
New York, New York 10123
Tel: (212) 244-9000
Email: nycourts@trial-lawyer.org
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X
:
**THOR 725 8TH AVENUE LLC,** :
: **14-cv-4968 (PAE)**
**Plaintiff,** :
:
-against- :
:
**SHANTHIOA GOONETILLEKE a/k/a** :
**MARTIN GOONETILLEKE and** :
**MARIE GOONETILLEKE** :
:
**Defendants**. :
-------------------------------------------------------------------X

**NOTICE OF MOTION FOR**
**SUMMARY JUDGMENT BY THOR 725 8TH AVENUE LLC**

PLEASE TAKE NOTICE that upon plaintiff's accompanying Memorandum of Law In Support Of Its Motion For Summary Judgment, plaintiff's Rule 56.1 Statement Of Undisputed Facts, the Declaration of Joseph Lee Matalon and the exhibits submitted therewith, the Declaration of Allen Mukaida and the exhibits submitted therewith, the Joint Rule 56.1 Statement Of Undisputed Facts submitted by all parties, and all the prior pleadings and proceedings herein, plaintiff Thor 725 8th Avenue LLC, by and through its undersigned attorneys, will move this Court before the Honorable Paul A. Engelmayer, U.S.D.J., at the United States Courthouse, 40 Foley Square, New York, NY 10007, at a date and time to be fixed by the Court, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, granting plaintiff's motion for summary judgment and entering a money judgment against

defendants in the amount of $2,067,288.99, together without such other and further relief as the

Court may deem just and proper.

Dated: June 12, 2015
      New York, New York

                                MATALON ♦ SHWEKY ♦ ELMAN PLLC

                                By: ___/s/ Joseph Lee Matalon_____
                                     Joseph Lee Matalon
                              450 Seventh Avenue, 33rd Floor
                              New York, New York 10123
                              Tel: (212) 244-9000
                              nycourts@trial-lawyer.org
                                *Attorneys for Plaintiff*