```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THOR 725 8TH AVENUE LLC,

                            Plaintiffs,

       -against-

SHANTHIOA GOONETILLEKE a/k/a
MARTIN GOONETILLEKE and
MARIE GOONETILLEKE,
                            Defendants.
-----------------------------------------------------------X

14 **CIVIL** 4968 (PAE)
**JUDGMENT**

Whereas on October 2, 2015, the Court having granted plaintiff Thor 725 8th Avenue LLC ("Thor") summary judgment on its breach–of–guaranty claim against Shanthioa Goonetilleke, a/k/a Martin Goonetilleke, and Marie Goodetilleke (together, the "Goonetillekes"), and held tat the Goonitellekes are liable to Thor on that claim for $2,067,288.99; Thor now having moved for prejudgment interest on that amount, as well as an award of $309,212 for attorneys' fees and costs sustained in the action, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on December 15, 2015, having rendered its Opinion and Order awarding Thor $165,544.78 in attorneys' fees and costs, as well as prejudgment interest on the Goonetillekes' $2,067,288.89 liability, accruing at a rate of 9% since July 2, 2014, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 15, 2015, the Court awards Thor $165,544.78 in attorneys' fees and costs as well as prejudgment interest on the Goonetilleke's $2,067,288.89 liability, accruing at a rate of 9% from July 2, 2014 in the amount of $272,236.17 for a total sum of $2,505,325.73; accordingly, the case is closed.

Dated: New York, New York
         December 18, 2015

**RUBY J. KRAJICK**
Clerk of Court

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

BY: _____
Deputy Clerk