

FILED
FEB 04 2016
SUPERIOR COURT
CLERK'S OFFICE

**CERTIFICATION IN SUPPORT OF APPLICATION**
**TO RECORD A FOREIGN JUDGMENT IN NEW JERSEY**

I, David N. Levy, an attorney licensed in the State of New Jersey, hereby certify:

1. I am the attorney for the judgment creditor in a lawsuit captioned <u>Thor 725 8th Avenue LLC v. Shanthioa Goonetilleke a/k/a Martin Goonetilleke and Marie Goonetilleke</u>, Civil Action No. 14-cv-4968 (PAE), in the United States District Court, Southern District of New York, and am seeking to record said judgment in the State of New Jersey.

2. Attached to this affirmation is an exemplified copy of the judgment from the Clerk of the Southern District of New York wherein judgment was entered against Shanthioa Goonetelleke a/k/a Martin Goonetilleke and Marie Goonetilleke in the amount of $2,505,325.73 on December 18, 2015.

3. The judgment creditor's name is Thor 725 8th Avenue LLC and resides at 25 West 39th Street, New York, New York 10018.

4. The judgment creditors' names are known to me as Shanthioa Goonetelleke a/k/a Martin Goonetilleke and Marie Goonetilleke. They were last known to reside at 278 McCloud Drive, in the city of Fort Lee, County of Bergen, and State of New Jersey, 07024.

5. Defendants have timely filed a notice to appeal the judgment of the United States District Court, Southern District of New York, to the Court of Appeals for the Second Circuit.

6. The United States District Court, Southern District of New York has not granted a stay of execution of said judgment. Nor has the United States Court of Appeals for the Second Circuit granted a stay of execution of said judgment.

7. The foreign judgment was not entered by default.

DJ 0 0 2 2 4 4 3 - 1 6

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: January 25, 2016
       New York, New York

_____
DAVID N. LEVY

AO 132 (Rev. 5/85) Exemplification Certificate

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

## EXEMPLIFICATION CERTIFICATE

I, __Ruby J. Krajick__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached document: JUDGMENT Case name: THOR 725 8th AVENUE LLC, Plaintiff, -vs- SHANTHIOA GOONETILLEKE a/k/a MARTIN GOONETILLEKE and MARIE GOONETILLEKE, Defendants. Case number: 14 CV 4968 (PAE) ELECTRONICALLY FILED IN THIS COURT ON DECEMBER 18, 2015**************************************************************************************************************************************************

are true copies of records of this Court.

In testimony where of I sign my name and affix the seal of this Court, in this District, at

__New York, New York__ on __January 6, 2016__
City                                            Date

__Ruby J. Krajick__            __[signature]__
                                         (By) Deputy Clerk

I, __Andrew J. Peck__, a Judicial Officer of this Court, certify that __Ruby J. Krajick__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__January 6, 2016__            __[signature]__
Date                               Signature of Judicial Officer

                               __U.S. Magistrate Judge__
                                                Title

I, __Ruby J. Krajick__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __Andrew J. Peck__,
                                                                              Judicial Officer
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judicial Officer's official signature and know and certify the above signature to be that of the Judicial Officer.

In testimony whereof I sign my name, and affix the seal of this Court at __Southern District__ __New York, New York__ in the State, on __January 6, 2016__
City                                                                   Date

__Ruby J. Krajick__            __[signature]__
Clerk                                (By) Deputy Clerk

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2015
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X

THOR 725 8TH AVENUE LLC,

                              Plaintiffs,

-against-

SHANTHIOA GOONETILLEKE a/k/a
MARTIN GOONETILLEKE and
MARIE GOONETILLEKE,

                              Defendants.

------------------------------------------------------------X

14 **CIVIL** 4968 (PAE)

**JUDGMENT**

Whereas on October 2, 2015, the Court having granted plaintiff Thor 725 8th Avenue LLC ("Thor") summary judgment on its breach–of-guaranty claim against Shanthioa Goonetilleke, a/k/a Martin Goonetilleke, and Marie Goodetilleke (together, the "Goonetillekes"), and held tat the Goonitellekes are liable to Thor on that claim for $2,067,288.99; Thor now having moved for prejudgment interest on that amount, as well as an award of $309,212 for attorneys' fees and costs sustained in the action, and the matter having come before the Honorable Paul A. Engelmayer, United States District Judge, and the Court, on December 15, 2015, having rendered its Opinion and Order awarding Thor $165,544.78 in attorneys' fees and costs, as well as prejudgment interest on the Goonetillekes' $2,067,288.89 liability, accruing at a rate of 9% since July 2, 2014, and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 15, 2015, the Court awards Thor $165,544.78 in attorneys' fees and costs as well as prejudgment interest on the Goonetilleke's $2,067,288.89 liability, accruing at a rate of 9% from July 2, 2014 in the amount of $272,236.17 for a total sum of $2,505,325.73; accordingly, the case is closed.

**Dated:** New York, New York
       December 18, 2015

**RUBY J. KRAJICK**

                                                                       Clerk of Court

THIS DOCUMENT WAS ENTERED       BY:
ON THE DOCKET ON _____

                                                                       Deputy Clerk