EXHIBIT
Plaintiff's
21
CM 7/18/18

```
Consid:  417000.00  (R)              RECORDED-BERGEN COUNTY
Rlty:    1860.00 Cnty:    417.00
Fees:      26.00 State:  1042.50     033845      97 MAR 21 PM 2:01
Tot:     1886.00 NPNRF:   400.50
MD
```

County Clerk

DEED

Prepared by _____
Al___ Daniel Fierro, Esq.
An Attorney at Law of New Jersey

This Deed is made on, March 17, 1997

BETWEEN JACK M. PORTNEY and MARY LOU PORTNEY, as Trustees of the Jack and Mary Lou Portney Family Trust, dated the 19th day of September, 1995, to be held by the J.M.P. Trust and the M.L.P. Trust as tenants by the Entireties, and Jack M. Portney and Mary Lou Portney, his wife, whose address is 278 McLoud Drive, Fort Lee, NJ 07024

referred to as the Grantor,

AND    SHANTHIPA P. GOONETILLEKE,

whose post office address is 278 McLoud Drive, Fort Lee, NJ 07024

referred to as the Grantee.

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

Transfer of Ownership. The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of
Four Hundred Seventeen Thousand Dollars & 00/100
($$417,000.00 ) dollars. The Grantor acknowledges receipt of this money.

Tax Map Reference. (N.J.S.A. 46:15-2.1) Municipality of Fort Lee
Block No. 3102       Lot No. 1, 2, 3        Account No.

( ) No property tax identification number is available on the date of this deed. (Check box if applicable)

Property. The property consists of the land and all the buildings and structures on the land in the Borough of Fort Lee
County of Bergen and the State of New Jersey. The legal description is:

Being the same premises conveyed to the Grantors herein by Deed from Jack M. Portney and Mary Lou Portney, dated September 29, 1995 and recorded November 3, 1995, in Deed Book 7832, Page 848.

Subject to zoning ordinances, easements, grants and restrictions of record, if any.

See Schedule A attached hereto.

Deed - Ind. or Ltd. or Corp. (Bargain and Sale) Page 1 -                        (C) Hary Soft Inc.

BK 7958 PG 320

JGoonetilleke404

KNOWN AND DESIGNATED as Lot Numbers One (1), Two (2), Three (3) and Four (4) in Block Number 12 (12), upon a certain map entitled "Palisades North, Borough of Fort Lee, Bergen County, New Jersey" made by Paul McLoud, C.E., and filed in the Bergen County Clerk's Office on October 2, 1911 as Map Number 1370.

For Information Purposes Only: "In compliance with Chapter 157, Laws of 1977, premises herein is Lots 1, 2 & 3 in Block 3102 on the Tax Map of the above municipality."

BK 7958 PG 321

JGoonetilleke405

**Promises by Grantor.** The Grantor promises that the Grantor has done no act to encumber the property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

**Signatures.** The Grantor signs this Deed as of the date at the top of the first page.

JACK M. PORTNEY and MARY LOU PORTNEY, as Trustees of the Jack and Mary Lou Portney Family Trust, dated 9-19-95, to be held by the J.M.P. Trust and the M.L.P. Trust

BY: _____ (Seal)
JACK M. PORTNEY, Trustee

_____ (Seal)
MARY LOU PORTNEY, Trustee

J.M.P. Trust
BY: _____
JACK M. PORTNEY, Trustee

M.L.P. Trust
BY: _____
MARY LOU PORTNEY, Trustee

_____
JACK M. PORTNEY

_____
MARY LOU PORTNEY

Witnessed by:

_____
Alfred Daniel Fiorro, Esq.
An Attorney at Law of New Jersey
as to all parties

1 — N.J. ACKNOWLEDGEMENT, Individual  
Plain Language

GR 51 — 1

COPYRIGHT © 1987 by ALL-STATE LEGAL SUPPLY CO.
One Commerce Drive, Cranford, N.J. 07016

STATE OF NEW JERSEY, COUNTY OF BERGEN          SS.:

  I CERTIFY that on March 17, 19 97,
Jack M. Portney and Mary Lou Portney, as Trustees and
Individually,

personally came before me and acknowledged under oath, to my satisfaction, that this person (or if more

than one, each person):

  (a) is named in and personally signed the attached document; and

  (b) signed, sealed and delivered this document as his or her act and deed.

*(Print name and title below signature)*
ALFRED DANIEL FIERRO
An Attorney at Law of New Jersey

BK 1958 PG 323

JGoonetilleke407