

EXHIBIT
Plaintiff's
22
Cm 7/18/18

# Deed

This Deed is made on April 21, 2004
BETWEEN
Shanthipa P. Goonetilleke, married

whose post office address is
278 McLoud Drive
Fort Lee, NJ 07024

referred to as the Grantor,
AND Maria Goonetilleke, married

whose post office address is
about to be:
278 McLoud Drive
Fort Lee, NJ 07024
referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of $1.00
One Dollars and No Cents
The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.** (N.J.S.A. 46:15-1.1) Municipality of Fort Lee
Block No. 3152  Lot No. 1, 2, 3  Qualifier No.  Account No.
☐ No lot and block or account number is available on the date of this Deed. (Check Box if Applicable)

3. **Property.** The Property consists of the land and all the buildings and structures on the land in
the Borough of Fort Lee
County of Bergen and State of New Jersey. The legal description is:

☒ Please see attached Legal Description annexed hereto and made a part hereof. (Check Box if Applicable)

Being the same premises conveyed to Shanthipa P. Goonetilleke by Deed from Jack M. Portney and Mary Lou Portney, as Trustees of the Jack and Mary Lou Portney Family Trust, dated the 19th day of September, 1995, to be held by the J.M.P. Trust and the M.L.P. Trust as tenants by the Entireties, and Jack M. Portney and Mary Lou Portney, his wife, dated March 17, 1997, recorded March 21, 1997 in the Bergen County Clerk's Office in Deed Book 7058, Page 320.

Prepared by: (print signer's name below signature)

Michael J. Lusznack, Esq.

(For Recorder's Use Only)

133 - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
BK 0 6 8 0 PG 8 2 4

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com 800.222.0510 Page 1

KNOWN AND DESIGNATED as Lot Numbers One (1), Two (2), Three (3) and Four (4) in Block Number 12 (12), upon a certain map entitled "Palisades North, Borough of Fort Lee, Bergen County, New Jersey" made by Paul McLoud, C.E., and filed in the Bergen County Clerk's Office on October 2, 1911 as Map Number 1370.

For Information Purposes Only: "In compliance with Chapter 157, Laws of 1977, premises herein is Lots 1, 2 & 3 in Block 3102 on the Tax Map of the above municipality."

BK08690PG825

JGoonetilleke409

The street address of the Property is:
276 McLoud Drive
Fort Lee, NJ 07024

4. Promises by Grantor. The Grantor promises that the Grantor has done no act to encumber the Property. This promise is called a "covenant as to grantor's acts" (N.J.S.A. 46:4-6). This promise means that the Grantor has not allowed anyone else to obtain any legal rights which affect the Property (such as by making a mortgage or allowing a judgment to be entered against the Grantor).

5. Signatures. The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature.)

Witnessed By:

_____    _____ (Seal)
Michael J. Lassack, Esq.    Shanthipa P. Goonetilleke

                            _____ (Seal)

STATE OF NEW JERSEY, COUNTY OF BERGEN        SS:
I CERTIFY that on   April 21, 2004

Shanthipa P. Goonetilleke

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of this Deed;
(b) executed this Deed as his or her own act; and
(c) made this Deed for $ 1.00    as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5.)

RECORD AND RETURN TO:

Lassack & McGlade
1663 Lemoine Avenue
Fort Lee, NJ 07024

_____
Michael J. Lassack, Esq.
Attorney at Law of New Jersey
Print name and title below signature

105 - Deed - Bargain and Sale
Cov. to Grantor's Act - Ind. to Ind. or Corp.
Plain Language Rev. 1/01   BK OR 6780 PG 826

Prepared by
H&D ca

©2001 by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com  800DE 0216    Page 2