
**EXHIBIT**
Plaintiff's
23
CM 7/18/18

5/90

NEW VISION TITLE AGENCY
30 Froneau Ave.
Matawan, NJ 07747
NV-29066

1515    Deed - Exempt
Kathleen A. Donovan    Recording Fee 80.00
Bergen County Clerk
Recorded 01/09/2007 13:27

Prepared by

Robert C. Livoti, Esq.
183 East Commerce Street
Bridgeton, New Jersey 08060
856-455-7370  Fax 856-455-2000

# QUITCLAIM DEED

Quitclaim Deed - 2005 by Robert C. Livoti 183 E. Commerce St., Bridgeton, NJ

This deed is given on December 20th, 2006

| From | Marie Goonetilleke<br>278 McLoud Drive<br>Fort Lee, NJ 07024 | | "Grantor" |
|---|---|---|---|
| To | Marie Goonetilleke<br>278 McLoud Drive<br>Fort Lee, NJ 07024 | Shanthipa P. Goonetilleke<br>278 McLoud Drive<br>Fort Lee, NJ 07024 | "Grantee"<br>Married |

1. **Transfer of ownership.** Grantor hereby sells (grants and conveys) the property described below (the "Property") to the Grantee. This grant and conveyance transfers ownership of the Property to Grantee. This grant and conveyance is subject to all easements, restrictions, rights-of-way, covenants (unknown), sub-leases, plans, plats, maps and agreements of records such state of facts as an accurate survey might disclose, rights (public and private) in any part of the Property included within the lines of any public road, alley or way; Flooding and drainage rights, if any, of adjoining owners, and occupants in any natural stream or water course traversing, crossing or affecting the Property; and rights in common, along with adjoining owners, mortgagees and occupants, in any party walls.

2. **Payment.** This transfer of ownership was made for the payment by Grantee to Grantor (receipt of which is acknowledged by both) of the amount of $1.00.

3. **Type of deed.** This deed is a Quitclaim Deed. By use of this deed Grantor makes NO PROMISES or representations of fact relating to Grantor's ownership of the Property or relating to the force or quality of title to the Property. Grantor only transfers whatever interest, if ANY, Grantor does have in the Property to the Grantee.

4. **Property.** The Property being conveyed (sold) from Grantor to Grantee is fully described on Schedule "C" attached to this deed and made a part of it by this reference. The Property consists of the land so described and all the structures, fixtures and improvements on the land. The Property is in the State of New Jersey and is commonly known as 278 McLoud Drive, Borough of Fort Lee, County of Bergen; Tax Map: Block 3102, Lot 1, 2 and 3.

5. **Title Recital.** The Property being transferred by this deed is the same property acquired by Grantee by deed from Shanthipa P. Goonetilleke to Marie Goonetilleke, dated 4/21/2004, Recorded 5/10/2004 in Deed Book 2850, Page or instrument number 824.

This deed is signed as of the date set out at the beginning of this deed.

_Marie P. Goonetilleke_
MARIE GOONETILLEKE

BK 09228 PG 186

## LEGAL DESCRIPTION
NV-28386-S

All that certain lot, parcel or tract of land, situate and lying in the Borough of Fort Lee, County of Bergen and State of New Jersey being more particularly described as follows:

Known and designated as Lot 1, 2, 3 & 4 in Block 12, upon a certain map entitled "Palisades North Borough of Fort Lee, Bergen County, New Jersey" made by Paul McLoud, C.E and filed in the Bergen County Clerk's office on October 2, 1911 as Map number 1370.

NOTE: The within description is repeated for informational purposes only. An insurable description will be included upon receipt of an accurate, insurable survey.

FOR INFORMATIONAL PURPOSES ONLY: Also known as Lot 1, 2, 3 in Block 3102 on the Borough of Fort Lee Tax Map.

BK 09228 PG 187

I CERTIFY that on December 20, 2006, MARIE GOONETILLEKE personally came before me and acknowledged under oath, to my satisfaction, that he or she:
1. is named in and personally signed the attached deed; and
2. signed, sealed and delivered this document as his or her act and deed.

*Louise Nauntjes*
Notary Public
My Commission Expires
Dec. 12, 2007

No Consideration Paid is Set Forth in the Body Of The Deed, N.J.S.A. 46:15-5(c)(1).



For More Information Regarding This Transaction Contact

| QUITCLAIM DEED | December 20, 2006 |
|---|---|
| | After Recordation Please Return To |
| MARIE GOONETILLEKE | |
| GRANTOR | |
| MARIE GOONETILLEKE AND SHANTHIPA P. GOONETILLEKE | |
| GRANTEES | Reference # 008550 |

BK09228PG188

Bergen County Clerk   V   01/09/2007 01:27 PM   3 of 5

JGoonetilleke414



**State of New Jersey**
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**
(C.55, P.L. 2004)

GIT/REP-3
(3-09)

(Please Print or Type)

Name(s): MARIE GOONETILLEKE
Current Resident Address:
Street: 278 McLOUD DRIVE
City, Town, Post Office: FORT LEE    State: NJ    Zip Code: 07024

Block(s): 3102    Lot(s): 1, 2 AND 3    Qualifier:
Street Address: 278 MCLOUD DRIVE
City, Town, Post Office: FORT LEE    State: NJ    Zip Code: 07024
Seller's Percentage of Ownership: 100%    Consideration: $1.00    Closing Date: DECEMBER 20, 2006

1. ☒ I am a resident taxpayer (individual, estate or trust) of the State of New Jersey pursuant to N.J.S.A. 54:A1-1 et seq, and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. § 121.

3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☐ Seller is not individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et seq.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R. C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

Date: 12/20/06    MARIE GOONETILLEKE    Signature

Date: _____    Signature

BK 09228 PG 169

JGoonetilleke415

**MUST SUBMIT IN DUPLICATE**
RTF-1 (Rev. 6/2005)

**STATE OF NEW JERSEY**
**AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER**
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006)
To be recorded with deed pursuant to Chapter 49, P.L. 1968, as amended by Chapter 225, P.L. 1991 (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY

COUNTY: **BERGEN** SS. County Municipal Code 0219
MUNICIPALITY: **BOROUGH OF FORT LEE**

FOR RECORDER'S USE ONLY
Consideration $
RTF paid by seller $
Date 1-9-07 By ___

*Use symbol "C" to indicate fee is exclusively for county use.

**(1) PARTY OR LEGAL REPRESENTATIVE** (See Instructions #3 and #4 on reverse side)

Deponent, **MARIE GOONETILLEKE**, being duly sworn according to law upon his/her oath, deposes and says that he/she is the **Grantor** in a deed dated 12/20/06 transferring real property identified as Block number **3102** Lot number **1,2,3** located at **278 McLeod Drive, Borough of Fort Lee, Bergen** and annexed thereto.

**(2) CONSIDERATION** $ **1.00** (See Instructions #1 and #5 on reverse side)

**(2A) REQUIRED CALCULATION OF EQUALIZED ASSESSED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS:**
Total Assessed Valuation ÷ Director's Ratio = Equalized Valuation

$ _____ + _____ % = $ _____

If equalized value is in excess of $1,000,000, the 1% fee is imposed on buyer on entire amount of consideration. If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized value.

**(3) FULL EXEMPTION FROM FEE** (See instruction #8 on reverse side)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.
**Adding spouse to title; less than $100 consideration**

**(4) PARTIAL EXEMPTION FROM FEE** (See instruction #7 on reverse side)
PARTIAL EXEMPTION FROM FEE EXEMPTION FROM FEE (See Instructions #7 on reverse side)
NOTE: All boxes below apply to grantor(s) only. ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption.

Deponent claims that this deed transaction is exempt from State portions of the Basic Fee, Supplemental Fee, and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975, C. 113, P.L. 2004 and C. 66, P.L. 2004 for the following reason(s):

A. SENIOR CITIZEN Grantor(s) ☐ 62 years of age or over. * (See Instruction #7 on reverse side for A or B)
B. BLIND PERSON Grantor(s) ☐ legally blind or; *
   DISABLED PERSON Grantor(s) ☐ permanently and totally disabled ☐ Receiving disability payments ☐ Not gainfully employed

Senior citizens, blind or disabled persons must also meet all of the following criteria:

☐ Owned and occupied by grantor(s) at time of sale.   ☐ Resident of the State of New Jersey.
☐ One or two-family residential premises.             ☐ Owners as joint tenants must all qualify.

*IN THE CASE OF HUSBAND AND WIFE, ONLY ONE GRANTOR NEEDS TO QUALIFY IF OWNED AS TENANTS BY THE ENTIRETY.

C. LOW AND MODERATE INCOME HOUSING (See instruction #7 on reverse side)
☐ Affordable according to H.U.D. standards.   ☐ Reserved for occupancy.
☐ Meets income requirements of region.        ☐ Subject to resale controls.

**(5) NEW CONSTRUCTION** (See instructions #8 and #10 on reverse side)
☐ Entirely new improvement.                   ☐ Not previously occupied.
☐ Not previously used for any purpose.        ☐ "NEW CONSTRUCTION" printed clearly at the top of the first page of the deed.

Deponent makes this Affidavit to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this ___ day of _____, 2006

_Signature_                    Marie P. Goonetilleke
Notary Public                  Signature of Deponent
My Commission Expires          278 McLeod Drive
___, 2007                     Fort Lee, NJ 07024
                              Deponent Address

MARIE GOONETILLEKE
Grantor Name
278 McLeod Drive
Fort Lee, NJ 07024
Grantor Address at Time of Sale

New Vision Title Agency, LLC
Name/Company of Settlement Officer

FOR OFFICIAL USE ONLY
Instrument Number _____ County _____
Deed Number _____ Book _____ Page _____
Deed Dated _____ Date Recorded _____

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Seller when Section 2A is completed.
STATE OF NEW JERSEY- DIVISION OF TAXATION
PO BOX 251
TRENTON, NJ 08695-0251
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and may not be altered or amended without prior approval of the Director. For further information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at www.state.nj.us/treasury/taxation/lpt/localtax.shtml.

**END OF DOCUMENT**                                    BK 04228 PG 1403