UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOR 725 8TH AVENUE LLC,<br><br>   *Plaintiff*,<br><br>   v.<br><br>SHANTHIOA GOONETILLEKE a/k/a MARTIN GOONETILLEKE, et al.,<br><br>   *Defendants*. | Civil Action No. 17-318<br><br>ORDER |

**ARLEO, UNITED STATES DISTRICT JUDGE**

**THIS MATTER** comes before the Court by way of Plaintiff Thor 725 8th Avenue LLC's ("Plaintiff") Motion for Summary Judgment against Defendants Shanthioa (also known as Martin) Goonetilleke, Marie Goonetilleke, Jennifer Goonetilleke and Brooke Gooetilleke, ECF No. 64, and Defendants Jennifer Goonetilleke's and Brooke Goonetilleke's (together, the "Daughters") Cross-Motion for Summary Judgment against Plaintiff, and on their crossclaims against Martin Goonetilleke and Marie Goonetilleke;  ECF No. 71;

and for the reasons set forth in the Court's accompanying Opinion;

**IT IS** on this 17th day of October, 2019

**ORDERED** that Plaintiff's motion for summary judgment is **GRANTED** as to Counts I and II of the Complaint, and **DENIED** as to Count III; and it is further

**ORDERED** that the Daughters' motion for summary judgment is **DENIED**.

                                                    */s Madeline Cox Arleo*_____
                                                    **Hon. Madeline Cox Arleo**
                                                    **United States District Judge**