

January 10, 2020

The Hon. Joseph A. Dickson, U.S.M.J.
United States District Court for the District of New Jersey
50 Walnut Street, MLK 2D
Newark, NJ 07101

      Re:    *Thor 725 8th Avenue LLC v. Shanthioa Goonetilleke, et al.,*
             17-cv-318 (MCA)(JAD)

Dear Judge Dickson:

      I represent plaintiff and write to respectfully request that the settlement conference scheduled for January 14, 2020 be cancelled or adjourned.

      On December 18, 2015, plaintiff obtained a $2.5 million money judgment against Martin and Marie Goonetilleke in the Southern District of New York. The case in this court is a fraudulent conveyance action, resulting from the judgment debtors' sale of an asset (the family residence) to their daughters. On October 17, 2019, Judge Arleo granted plaintiff's motion for summary judgment, and determined that the transfer was indeed a fraudulent conveyance. Plaintiff will be submitting a proposed final judgment effectuating that determination, which will restore the house to the judgment debtors, enabling execution thereon to partially satisfy the judgment. Accordingly, it is plaintiff's position that there is no need for a settlement conference, as there is nothing to settle. The parents' counsel, William Goldberg, agrees that the conference should be cancelled.

      Counsel for the daughters, Mark Faro, believes there may be utility to a conference at some point to discuss ancillary issues, such as responsibility for past and future carrying costs of the property pending sale. Although plaintiff does not agree that those issues are part of *this* case, Mr. Faro and I have begun discussions toward resolution of those issues, and are hopeful they can be resolved without the assistance of the Court, given that the amounts at issue are relatively small in the scheme of things.

      No party to this action is keen on expending unnecessary legal fees, and we are all aware that there is an acute shortage of judicial resources in the District of New Jersey. In these circumstances, plaintiff respectfully requests that the conference be cancelled altogether, or at a minimum adjourned for at least 30 days.

                                                                  Respectfully,

                                                                   *s/Joseph Lee Matalon*

                                                                   Joseph Lee Matalon