# LAW OFFICE OF MARK FARO LLC

ATTORNEYS AT LAW
151 W. PASSAIC STREET
SECOND FLOOR, SUITE 17
ROCHELLE PARK, NEW JERSEY 07662
TEL: (201) 880-4880
FAX: (201) 603-5593
www.markfarolaw.com

Mark R. Faro, Esq.
Nicholas A. Schillaci, III., Esq., *of counsel*

___

MRF:20750
April 24, 2020

**Via ECF**
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court, District of New Jersey
M.L. King Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

      RE:    THOR 725 8TH AVENUE LLC v. GOONETILLEKE
                 CIVIL ACTION NO. 2:17-CV-00318-MCA-JAD

Dear Judge Dickson:

      This firm represents Defendants Jennifer Goonetilleke and Brooke Goonetilleke.

      As per Your Honor's instructions, counsel for the parties have conferred about the status of the instant matter and have reached a consensus for a Dismissal Without Prejudice of the Plaintiff's claims.

      Counsel will work on a proposed form of Order.

      Thank you for your consideration.

                                                                  Respectfully yours,

                                                                  *s/ Mark R. Faro, Esq.*

                                                                  Mark R. Faro, Esq.

cc:    Counsel of Record (via ECF)
        Clients (via email)