**LAW OFFICE OF MARK FARO LLC**
Mark R. Faro, Esq.
151 W. Passaic Street
Second Floor, Suite 17
Rochelle Park, New Jersey 07662
Telephone (201) 880-4880
Facsimile (201) 603-5593
Attorneys for Defendants
Jennifer Goonetilleke
Brooke Goonetilleke

| | |
|---|---|
| THOR 725 8TH AVENUE LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>SHANTHIOA GOONETILLEKE A/K/A MARTIN GOONETILLEKE, MARIE GOONETILLEKE, JENNIFER GOONETILLEKE, & BROOKE GOONETILLEKE,<br><br>                    Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civil Action NO.<br>2:17-cv-00318-MCA-JAD<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Now come the parties in the above-entitled action, by their attorneys, and hereby stipulate and agree that the action be Dismissed, Without Prejudice, and Without Costs.

Dated this __14__ day of July 2020.

_s/Joseph L. Matalon_____
Joseph L. Matalon, Esq.
Counsel for Plaintiff
Thor 725 8th Avenue LLC

_s/Mark R. Faro_____
Mark R. Faro, Esq.
Counsel for Defendants
Jennifer Goonetilleke
Brooke Goonetilleke

___s/William Goldberg_____
William Goldberg, Esq
Counsel for Defendants
Shanthioa Goonetilleke A/K/A Martin Goonetilleke
Marie Goonetilleke

SO ORDERED

_____s/Madeline Cox Arleo_____
MADELINE COX ARLEO, U.S.D.J.

Date: 7/14/20